# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge David L. West

___

# CIVIL COURTROOM MINUTES
___

**Civil Action No.: 12-CV-02240-PAB**                    **Date: January 22, 2013**
**Secretarial Assistant: Shirley W. Dills**              **Tape No.: FTR**

___

**VIESTI ASSOCIATES, INC.,**

                       **Attorney: Christopher Seidman**

**Plaintiff,**

**v.**

**PEARSON EDUCATION, INC.,**

                       **Attorney: David Marston**

**Defendant.**

___

**HEARING: Oral Argument - Defendant's Motion to Stay Discovery Pending Ruling on Motion to Dismiss Plaintiff's Complaint [Doc. #26]**

**Court in Session: 2:26 p.m.**

Court hears oral arguments of counsel for the Defendant and counsel for the Plaintiff**.**

Court asks questions of both sides.

**ORDERED:**
- Court **DENIES** Defendant's Motion to Stay Discovery Pending Ruling on Motion to Dismiss [Doc. #26] for the reasons set forth on the record.

Hearing Concluded
**Court in Recess: 3:37 p.m.**
Time: 1 Hour 11 Minutes