IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 12-cv-02240-PAB-DW

VIESTI ASSOCIATES, INC.

        Plaintiff,

v.

PEARSON EDUCATION, INC.

        Defendant.

**ORDER RE: JOINT MOTION TO MODIFY (Doc. #38)**

This matter comes before the Court on the parties' Joint Motion to Modify Scheduling Order. Having reviewed the motion, the Court concludes that the motion should be granted.

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Modify Scheduling Order is **GRANTED.**

**IT IS FURTHER ORDERED** that the Scheduling Order dated October 30, 2012 (Docket No. 24) is modified as follows. Except as modified, the Scheduling Order and related orders and entries remain in full force and effect.

- Deadline to submit joint ESI protocol – May 6, 2013.

- The deadline for Stage 1 Discovery is modified as follows: Pearson will produce Stage 1 Discovery for Exhibits 1 through 8 of the Complaint by May 31, 2013. Pearson will produce Stage 1 Discovery for Exhibits 9 through 16 of the complaint by July 31, 2013.

- The deadline for Pearson to produce alternative documents, to the extent such documents exist, reflecting information for uses not captured in either production of Stage 1 reports is modified from April 7, 2013 to June 14, 2013 for Exhibits 1 through 8 of the Complaint, and to August 9, 2013 for Exhibits 9 through 16 of the Complaint.

5

- The deadline for Stage 3 discovery is modified from June 1, 2013 to September 1, 2013.

- The deadline for Stage 4 discovery is modified from July 1, 2013 to October 1, 2013.

- The deadline for Joinder of Parties and Amendment of Pleadings is modified from July 23, 2013 to October 23, 2013.

- The Fact Discovery Cut-off is modified from July 1, 2013 to October 1, 2013.

- The dispositive Motion deadline is modified from August 23, 2013 to November 23, 2013.

- The deadline for the Parties to designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is modified from July 23, 2013 to October 23, 2013.

- The deadline for the Parties to designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is modified from August 7, 2013 to November, 7, 2013. All expert depositions shall be taken no later than December 1, 2013.

- The deadline to serve interrogatories, requests for production, and requests for admission is modified from May 23, 2013 to August 23, 2013.

- The final pretrial conference date is modified from September 3, 2013 to December 3, 2013.

Dated: April 30, 2013

BY THE COURT:

s/David L. West
United States Magistrate Judge
David L. West

6