**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 12-cv-02240-PAB-DW

VIESTI ASSOCIATES, INC.

      Plaintiff,

v.

PEARSON EDUCATION, INC.

      Defendant.

---

**ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER
(Doc. #41)**

This matter comes before the Court on the parties' Joint Motion to Modify Scheduling Order. Having reviewed the motion, the Court concludes that the motion should be granted.

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Modify Scheduling Order is **GRANTED.**

**IT IS FURTHER ORDERED** that the Scheduling Order dated April 30, 2012 (Docket No. 40) is modified as follows. Except as modified, the Scheduling Order and related orders and entries remain in full force and effect.

- Deadline to submit joint ESI protocol – August 16, 2013.

Dated: __05/07__, 2013

                          BY THE COURT:

                          *s/David L. West*
                          United States Magistrate Judge
                          David L. West