**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Civil Action No.: 12-CV-02240-PAB

**VIESTI ASSOCIATES, INC.,**

Plaintiff,

v.

**PEARSON EDUCATION, INC.,**

Defendant.

_____

**ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER [DOC. #50]**
_____

The parties' Joint Motion to Modify Scheduling Order [Doc. #50] was referred to the Magistrate Judge by Judge Philip A. Brimmer on August 16, 2013, and

**IT IS HEREBY ORDERED** that the Parties' Motion [Doc. #50] is **GRANTED** and the Scheduling Order dated April 30, 2013 [Doc. #40] is modified as follows:

- Deadline to submit joint ESI protocol - August 23, 2013.

Except as modified above, the Scheduling Order and related orders and entries remain in full force and effect.

**DATED: August 19, 2013.**

BY THE COURT:

s/David L. West
**United States Magistrate Judge**