## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

Civil Action No.: 12-CV-02240-PAB

**VIESTI ASSOCIATES, INC.,**

**Plaintiff,**

v.

**PEARSON EDUCATION, INC.,**

**Defendant.**

_____

### ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER [DOC. #54]
### [AMENDED TO SET TIME FOR FINAL PRETRIAL CONFERENCE]
_____

The parties' Joint Motion to Modify Scheduling Order [Doc. #54] was referred to the Magistrate Judge by Judge Philip A. Brimmer on August 16, 2013, and

**IT IS HEREBY ORDERED** that the Parties' Motion [Doc. #54] is **GRANTED** and the Scheduling Order dated April 30, 2013 [Doc. #40] is modified as follows:

- Deadline for Stage 3 discovery is modified from September 1, 2013 to November 1, 2013.

- Deadline for Stage 4 discovery is modified from October 1, 2013 to December 1, 2013.

- Fact Discovery Cut-Off is modified from October 1, 2013 to December 1, 2013.

- Dispositive Motion deadline is modified from November 23, 2013 to January 23, 2014.

- Deadline for the Parties to designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is modified from October 23, 2013 to December 20, 2013.

- Deadline for Parties to designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is modified from November 7, 2013 to January 7, 2014. All expert depositions shall be taken no later than February 1, 2014.

- Final Pretrial Conference date is modified from December 3, 2013 to February 3, 2014 at 3:00 p.m.

Except as modified above, the Scheduling Order and related orders and entries remain in full force and effect.

**DATED: September 3, 2013.**

                                              **BY THE COURT:**

                                              **s/David L. West**
                                              **United States Magistrate Judge**