IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 12-cv-02240-PAB-DW

VIESTI ASSOCIATES, INC.

       Plaintiff,

v.

PEARSON EDUCATION, INC.

       Defendant.

---

**ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER (DOC #59)**

---

This matter comes before the Court on the parties' Joint Motion to Modify Scheduling Order. Having reviewed the motion, the Court concludes that the motion should be granted.

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Modify Scheduling Order is **GRANTED**.

**IT IS FURTHER ORDERED** that the Scheduling Order dated September 3, 2013 (Docket No. 58) is modified as follows. Except as modified, the Scheduling Order and related orders and entries remain in full force and effect.

- The deadline for Stage 4 discovery is modified from December 1, 2013 to January 24, 2014.

- Fact Discovery Cut-Off is modified from December 1, 2013 to January 24, 2014.

- The deadline for the Parties to designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is modified from December 20, 2013 to February 14, 2014.

- The deadline for the Parties to designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is modified from January 7, 2014 to March 7, 2014. All expert depositions shall be taken no later than March 31, 2014.

- The dispositive motion deadline is modified from January 23, 2014 to April 10, 2014.

- The final pretrial conference date is modified from February 3, 2014 at 3:00 p.m. to June 24, 2014, @ 3:00 pm. The Parties shall file pretrial orders by June 17, 2014.

Dated: 10/22, 2013

BY THE COURT:

United States Magistrate Judge
David L. West